IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAR 29 AM 10: 02

CLERK
SO. DIST. OF GA.

CONVENIENCE FOOD SYSTEMS, )
INC. d/b/a CFS NORTH AMERICA, )
INC., a Delaware corporation, )
                              )
    Plaintiff,          )
                              )
vs.                              )   Case No. CV606-106
                              )
CRIDER, INC., a Georgia )
corporation, )
                              )
    Defendant.         )

## O R D E R

Before the Court is the parties' "Consent Motion to Request Assignment of the Case to the Honorable Anthony A. Alaimo for a Settlement Conference Pursuant to S.D. Ga. LR 3.1." (Doc. 14.) Because the instant case is substantially related to an earlier case presided over by Judge Alaimo, the Court finds that it is in the interest of judicial economy for Judge Alaimo to conduct the settlement conference.

Accordingly, the parties' motion is **GRANTED**. The Court hereby **REASSIGNS** this case to the Honorable Anthony A. Alaimo, United States District Court Judge, for further disposition.

**SO ORDERED** this 29th day of March, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA